■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES C. MONK, Appellant. [816 NYS2d 108]—Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered June 22, 2005, convicting him of criminal possession of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The County Court providently exercised its discretion in denying the defendant's application for a *Darden* hearing (*see People v Darden,* 34 NY2d 177 [1974]), in light of the fact that one of the confidential informants appeared before the issuing magistrate and gave sworn testimony concerning the events in question (*see People v Serrano,* 93 NY2d 73, 77 [1999]). The defendant's contention, in effect, that the County Court violated the plea agreement by sentencing him without a positive laboratory report is unpreserved for appellate review (*see* CPL 470.05 [2]) and, in any event, cannot be reviewed on direct appeal because it is based on a matter dehors the record (*cf. People v Heffelfinger,* 19 AD3d 508, 509 [2005]). Adams, J.P., Goldstein, Fisher and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD MONTALVO, Appellant. [812 NYS2d 885]—Appeal by the defendant from three judgments of the Supreme Court, Westchester County (West, J.), all rendered May 22, 2002, convicting him of attempted criminal sale of a controlled substance in the third degree under Superior Court information No. 97-01267, attempted criminal sale of a controlled substance in the third degree under indictment No. 99-01250, and criminal possession of a controlled substance in the fourth degree under indictment No. 00-00014, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Miller, J.P., Ritter, Luciano, Spolzino and Dillon, JJ., concur.